**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of Florida _____
                                        (State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Mary Brickell Village Hotel, LLC

2. **All other names debtor used in the last 8 years**

   Aloft Miami Brickell

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 7 – 3 4 5 7 7 0 1

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1001   SW 2nd Ave. | |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Miami   FL   33130 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | USA | |
   | County | Number   Street |
   | | |
   | | City   State   ZIP Code |

5. **Debtor's website** (URL) _____

| Debtor | Mary Brickell Village Hotel, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7   2   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
           District _____ When _____ Case number _____
                                  MM / DD / YYYY

Debtor    Mary Brickell Village Hotel, LLC
_____
Name

Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____        _____
City                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Mary Brickell Village Hotel, LLC
_____
Name

Case number (if known)_____

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7 / 21 / 2021
            MM  / DD / YYYY

✗  /s/ Pedro F. Villar                              Pedro Villar
_____          _____
Signature of authorized representative of debtor        Printed name

Title  President of Manager
_____

**18. Signature of attorney**

✗  /s/ Joseph A. Pack                    Date   7 / 21 / 2021
_____                MM  / DD / YYYY
Signature of attorney for debtor

Joseph A. Pack
_____
Printed name

Pack Law
_____
Firm name

51          NE 24th St., Suite 108
_____
Number      Street

Miami                                        FL          33137
_____          _____        _____
City                                         State       ZIP Code

(305) 916-4500                               joe@packlaw.com
_____          _____
Contact phone                                Email address

117882                                       FL
_____          _____
Bar number                                   State

**Fill in this information to identify the case and this filing:**

Debtor Name  Mary Brickell Village Hotel, LLC

United States Bankruptcy Court for the:  Southern        District of  Florida
                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/21/2021                  ✗ */s/ Pedro F. Villar*
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Pedro Villar
                                        Printed name

                                        President of Manager
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   Mary Brickell Village Hotel, LLC

United States Bankruptcy Court for the:   Southern   District of   Florida
(State)

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Miami-Dade County Tax Collector | 200 NW 2nd Ave Miami, FL 33128 | Taxes | | | | $252,098.08 |
| 2 IPFS Corporation | P.O. BOX 412086 Kansas City, MO 64141-2086 | Insurance | | | | $224,581.30 |
| 3 Florida Department of Revenue | 5050 West Tennessee St. Tallahassee, FL 32399 | Taxes | | | | $26,565.54 |
| 4 Hotelier Linen Services | PO Box 27316 Dept  N287 Salt Lake City, UT  84127-0316 | Trade | Disputed | | | $17,138.33 |
| 5 Waste Management of Dade County | PO Box 105453 Atlanta, GA  30348 | Trade | | | | $5,996.24 |
| 6 HD Supply Facilities Maintenance LTD | PO Box 509058 San Digo, CA  92150-9058 | Trade | | | | $4,438.89 |
| 7 VIP Security Florida | 2500 NW 79 Ave Suite #173 Doral, FL  33122 | Trade | | | | $3,182.00 |
| 8 Insight Direct USA | C/O Morgan Chase PO Box 731069 Dallas, Tx 75373-1069 | Trade | | | | $2,202.64 |

Debtor    Mary Brickell Village Hotel, LLC
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AT&T | PO Box 105262 Atlanta, GA  30348 | Services | | | | $2,121.08 |
| 10 | Comcast | PO Box 37601 Philadelphia, PA  19101-0601 | Utilities | | | | $2,073.16 |
| 11 | 1st SOS Staffing, Inc | 1040 Bayview Dr Ste # 603 Ft. Lauderdale, FL  33304 | Services | | | | $1,382.21 |
| 12 | Royal Cup, Inc | PO Box 841000 Dallas, TX  75284-1000 | Trade | | | | $1,093.07 |
| 13 | Pepsi Beverage Co | PO Box 75948 Chicago, IL  6067559 | Trade | | | | $949.02 |
| 14 | US Foods, Inc | PO Box  281838 Atlanta, GA  30384-1838 | Trade | | | | $827.69 |
| 15 | Otis | PO Box 73579 Chicago, IL  60673-7579 | Trade | | | | $792.50 |
| 16 | De Lage Landen | PO Box 41602 Philadelphia, PA 19101 | Services | | | | $455.58 |
| 17 | Cintas Corporation | PO Box 631025 Cincinnati, OH  45263-1025 | Trade | | | | $442.99 |
| 18 | Engineering Systems Technology, Inc | 2400 West 84th Street #9 Hialeah, FL  333016 | Trade | | | | $374.50 |
| 19 | FPL Energy Services | PO Box 25426 Miami, FL  33102-5426 | Utilities | | | | $355.99 |
| 20 | ScentAir Technologies, Inc | PO Box  978754 Dallas, TX  75397-8754 | Trade | | | | $208.65 |

**Fill in this information to identify the case:**

Debtor name   Mary Brickell Village Hotel, LLC

United States Bankruptcy Court for the:   Southern     District of   Florida
(State)

Case number (If known): _____

❑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................    $ 32,000,000.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*......................................................    $ 1,965,508.93

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................    $ 33,965,508.93

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................    $ 17,844,560.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ 289,015.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    + $ 268,803.09

4. **Total liabilities**.............................................................................
   Lines 2 + 3a + 3b                                  $ 18,402,378.29

**Fill in this information to identify the case:**

Debtor name ___Mary Brickell Village Hotel, LLC___

United States Bankruptcy Court for the: ___Southern___   District of ___Florida___
_(State)_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 3,184.83

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Ocean Bank | Checking | 3 9 0 5 | $ 551,226.26 |
| 3.2. 1First Bank | Checking | 4 4 4 6 | $ 577,368.07 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ _____
   4.2. _____   $ _____

5. **Total of Part 1** — $ 1,131,779.16

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Reserves held by DF VII REIT Holdings, LLC   $ Unknown
   7.2. _____   $ _____

Debtor    Mary Brickell Village Hotel, LLC
_____
Name

Case number *(if known)*_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____ - _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    $5,309.49 − $2,216.36 = ........➜    $ 3,086.13
face amount   doubtful or uncollectible accounts

11b. Over 90 days old:    $86,475.18 − $14,591.57 = ........➜    $ 71,883.16
face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 74,969.77

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor   **Mary Brickell Village Hotel, LLC**
Name

Case number *(if known)*_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor    Mary Brickell Village Hotel, LLC

Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** office table, office chairs, etc. | $_____ | Fair Market Value | $ 5,326 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** computer equipment, monitors, router, etc. | $_____ | Fair Market Value | $ 7,252 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 12,578

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Mary Brickell Village Hotel, LLC
         _____
         Name

Case number *(if known)*_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | | $_____ |
| 48.2_____ | $_____ | | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | | $_____ |
| 49.2_____ | $_____ | | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Non-office furniture and equipment in hotel - refrigerators, stools, ice cube machines, shades, televisions, etc. | $_____ | Fair Market Value | $ 742,182 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 742,182

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Mary Brickell Village Hotel, LLC
_____    Case number *(if known)*_____
        Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Hotel - 1001 SW 2nd Avenue Miami, Miami-Dade County, Florida 33130 | Fee | $_____ | Fair Market Value | $ 32,000,000.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 32,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties** Indirect Interest in Marriott Flag | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | | $_____ |
| 65. **Goodwill** _____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ -

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Mary Brickell Village Hotel, LLC
          Name                                                    Case number *(if known)*_____

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,131,779.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $74,969.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,578.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $742,182.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $32,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $1,965,508.93 | **+** 91b. $32,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $33,965,508.93

---

**Fill in this information to identify the case:**

Debtor name ___Mary Brickell Village Hotel, LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>DF VII REIT HOLDINGS, LLC | **Describe debtor's property that is subject to a lien**<br>Real property hotel, personally located thereon, accounts receivable related thereto, certain rents and leases, etc. (as determined by applicable law) | $ 17,844,560.00 | Greater than<br>$ 32,742,182.00 |

**Creditor's mailing address**
2 MiamiCentral, 700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-41 18

**Describe the lien**
Real property mortgage and associated personally security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
mgross@carltonfields.com

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** ___January 2012___
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $ 17,844,560.00

**Fill in this information to identify the case:**

Debtor _____Mary Brickell Village Hotel, LLC_____

United States Bankruptcy Court for the: ____Southern____ District of ____Florida____
(State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

____See Annex Attached____

| As of the petition filing date, the claim is: | $ _____ | $ _____ |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Mary Brickell Village Hotel, LLC

Name

Case number *(if known)* _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | See Annex Attached. | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  | _____ | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | _____ | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  | _____ | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | _____ | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | _____ | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | _____ | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ |
|---|---|---|---|
|  | _____ | *Check all that apply.* |  |
|  | _____ | ☐ Contingent |  |
|  | _____ | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  |  | **Basis for the claim:** _____ |  |
|  | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |  |
|  | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |  |

Debtor    Mary Brickell Village Hotel, LLC
          _____
          Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 289,015.20 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 268,803.09 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 557,818.29 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Mary Brickell Village Hotel, LLC, | ) |
| | ) Case No. 21-_____ |
| | ) |
| Debtor.[1] | ) |
| | ) |

**ANNEX TO SCHEDULE E/F**

<u>ANNEX TO PART 1 – PRIORITY UNSECURED CLAIMS</u>

The Debtor owes on account of two types of priority unsecured claims: (i) prepetition employee wages and (ii) prepetition taxes.  Contemporaneously herewith, the Debtor has filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* (the "<u>Taxes Motion</u>") and the *Debtor's Motion For Entry of an Order (A) Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries and Other Compensation, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief* (the "<u>Wages Motion</u>"), each of which is incorporated herein by reference. In each of the Taxes Motion and the Wages motion, the Debtor provides details of its prepetition tax obligations (all of which are priority unsecured claims) and its prepetition wage obligations (all of which are priority unsecure claims under the statutory priority amount).  The Debtor anticipates that it will receive relief on each of the Taxes Motion and Wages Motion on an expedited basis, allowing it to pay all priority unsecured claims in full.  The total amount of priority tax claims is $278,663.62.  The total amount of priority wage claims is estimated to be $10,351.58.

---

[1]  The last four digits of the Debtor's tax identification number are 7701.  The Debtor's principal address is 1001 SW 2nd Ave., Miami, FL 33130.

ANNEX TO PART 2 – NONPRIORITY UNSECURED CLAIMS

| | | Name of creditor | Contact & Mailing Address | Nature | Unsecured Claim | | Contingent, Unliquidated, Disputed? |
|---|---|---|---|---|---|---|---|
| 3. | 1 | 1st SOS Staffing, Inc | 1040 Bayview Dr Ste # 603 Ft. Lauderdale, FL  33304 | Services | $ | 1,382.21 | |
| 3. | 2 | Amin Lakhani | 9700 South Dixie Highway, PH 1100 Miami, Florida 33156 | Litigation | | Unknown | Contingent, Unliquidated, Disputed |
| 3. | 3 | AT&T | PO Box 105262 Atlanta, GA  30348 | Services | $ | 2,121.08 | |
| 3. | 4 | Cintas Corporation | PO Box 631025 Cincinnati, OH  45263-1025 | Trade | $ | 442.99 | |
| 3. | 5 | Comcast | PO Box 37601 Philadelphia, PA  19101-0601 | Utilities | $ | 2,073.16 | |
| 3. | 6 | De Lage Landen | PO Box 41602 Philadelphia, PA  19101-1602 | Services | $ | 455.58 | |
| 3. | 7 | Engineering Systems Technology, Inc | 2400 West 84th Street #9 Hialeah, FL  333016 | Trade | $ | 374.50 | |
| 3. | 8 | FPL Energy Services | PO Box 25426 Miami, FL  33102-5426 | Utilities | $ | 355.99 | |
| 3. | 9 | HD Supply Facilities Maintenance LTD | PO Box 509058 San Digo, CA  92150-9058 | Trade | $ | 4,438.89 | |
| 3. | 10 | Hotelier Linen Services | PO Box 27316 Dept  N287 Salt Lake City, UT  84127-0316 | Trade | $ | 17,138.33 | Disputed |
| 3. | 11 | Insight Direct USA | C/O Morgan Chase PO Box 731069 Dallas, Tx 75373-1069 | Trade | $ | 2,202.64 | |
| 3. | 12 | IPFS Corporation | P.O. BOX 412086 Kansas City, MO 64141-2086 | Insurance | $ | 224,581.30 | |
| 3. | 13 | Otis | PO Box 73579 Chicago, IL  60673-7579 | Trade | $ | 792.50 | |
| 3. | 14 | Pepsi Beverage Co | PO Box 75948 Chicago, IL  6067559 | Trade | $ | 949.02 | |
| 3. | 15 | Royal Cup, Inc | PO Box 841000 Dallas, TX  75284-1000 | Trade | $ | 1,093.07 | |
| 3. | 16 | Santiano Brothers Inc | 59565 TG Lee Blvd Suite 260    Orlando, FL  32822 | Trade | $ | 187.25 | |
| 3. | 17 | ScentAir Technologies, Inc | PO Box  978754 Dallas, TX 75397-8754 | Trade | $ | 208.65 | |

| | | | | | Contingent, Unliquidated, Disputed |
|---|---|---|---|---|---|
| 3. 18 | Sonny Innocent | 1 NE 2nd Avenue Suite 200<br>Miami, Florida 33132 | Litigation | Unknown | |
| 3. 19 | US Foods, Inc | PO Box  281838<br>Atlanta, GA   30384-1838 | Trade | $         827.69 | |
| 3. 20 | VIP Security Florida | 2500 NW 79 Ave Suite #173    Doral, FL  33122 | Trade | $      3,182.00 | |
| 3. 21 | Waste Management of Dade County | PO Box 105453<br>Atlanta, GA   30348 | Trade | $      5,996.24 | |

**Fill in this information to identify the case:**

Debtor name  Mary Brickell Village Hotel, LLC

United States Bankruptcy Court for the:  Southern        District of  Florida
                                                                    (State)

Case number (If known):  _____        Chapter  11

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**

State what the contract or lease is for and the nature of the debtor's interest: Insurance

State the term remaining: Until 1/31/2022

List the contract number of any government contract:

IPFS Corporation
P.O. BOX 412086
Kansas City, MO 64141-2086

**2.2**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.3**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.4**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.5**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name  Mary Brickell Village Hotel, LLC

United States Bankruptcy Court for the: Southern _____ District of  Florida
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Pedro Villar | 1001 SW 2nd Ave. <br> Street <br><br> Miami   FL   33130 <br> City   State   ZIP Code | DF VII REIT HOLDINGS, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Francisco Arocha | 1001 SW 2nd Ave. <br> Street <br><br> Miami   FL   33130 <br> City   State   ZIP Code | DF VII REIT HOLDINGS, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**WRITTEN CONSENT OF THE MEMBERS, MANAGER
AND INDEPENDENT MANAGER
OF MARY BRICKELL VILLAGE HOTEL, LLC**

**July 21, 2021**

The undersigned, being all of the members (the "**Members**") and the manager (the "**Manager**") and the independent manager (the "Independent Manager") of Mary Brickell Village Hotel, LLC, a Florida limited liability company (the "**Company**"), hereby adopts the following resolutions, by written consent, effective as of the date hereof:

**WHEREAS,** the Company is governed by that certain Fourth Amended and Restated Operating Agreement, dated July 17, 2018, entered into by the Members (the "**Operating Agreement**"); and

**WHEREAS,** the Manager, the Independent Manager and the Members have reviewed the materials presented by management, advisors and legal counsel of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**WHEREAS,** the Manager, the Independent Manager and the Members have reviewed and considered the financial and operational condition of the Company, including its existing assets and current and long-term liabilities; and

**WHEREAS,** the Manager, the Independent Manager and the Members have received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"); and

**WHEREAS,** the Manager, the Independent Manager and the Members have authority to authorize a bankruptcy filing pursuant to the terms of the Operating Agreement.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that after consideration of the alternatives and the advice of the Company's professionals and advisors, the Members and the Manager have determined in its business judgement that it is in the best interest of the Company, its creditors and other interest and the Independent Manager having been asked to consent to a Material Action pursuant to Section 7.8(b) of the Operating Agreement, and considering her fiduciary duties, if any, as provided under the Operating Agreement that the Company shall commence a Chapter 11 Case under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida;

**RESOLVED, FURTHER,** that the Manager of the Company, or any duly appointed officer of the Company (collectively, the "**Authorized Representatives**") acting alone or with one or more other Authorized Representatives be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions schedules, lists, and other motions, pleadings, papers, or documents (including the filing of financing statements), and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Company's

1

business;

RESOLVED, FURTHER, that each of the Authorized Representatives be, and hereby is, authorized, empowered and directed to employ the law firm of Pack Law, P.A. ("**Pack Law**") to represent the Company, as general bankruptcy counsel to represent and assist the Company in carrying out its duties in under the Bankruptcy Code, and to (a) execute, acknowledge, deliver  and verify the petition (the "**Petition**") and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof any modifications to the Petition or any ancillary document as the Company deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Company's Chapter 11 Case in form or forms as the Company may deem necessary or proper and in order to effectuate the purpose of the intent of the foregoing resolutions;

RESOLVED, FURTHER, that each of the Authorized Representatives be, and hereby is, authorized and empowered to employ the law firm of Zarco Einhorn Salkowki & Brito P.A. ("**Zarco Einhorn**") to represent the Company, as special litigation counsel to represent and assist the Company, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Representatives, acting alone or with one or more other Authorized Representatives, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Zarco Einhorn, if necessary;

RESOLVED, FURTHER, that each of the Authorized Representatives be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Authorized Representatives be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of any professionals as necessary;

RESOLVED, FURTHER, that each of the Authorized Representatives be, and hereby is, authorized and directed to in the name and on behalf of the Company, to executed all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Authorized Representatives or the Company's legal counsel may deem necessary, proper, or desirable in connection with the Company's duties under chapter 11 of the Bankruptcy Code and any other matter connected therewith, with a view to the successful prosecution of such case;

RESOLVED, FURTHER, that each of the Authorized Representatives be, and hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform

the terms and provisions thereof;

**RESOLVED, FURTHER,** that any and all actions, whether previously or subsequently taken by the Authorized Representatives, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

**RESOLVED FURTHER**, that these resolutions may be executed in one or more counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument, and confirmation of execution by electronic transmission of a facsimile signature page shall be binding on a party so confirming.

[Signatures in Following Pages]

**IN WITNESS WHEREOF,** the undersigned have executed this written consent to be effective as of the first date written above.

<u>COMPANY:</u>

**MARY BRICKELL VILLAGE HOTEL, LLC,** a
Florida limited liability company

By:   ARVI Management Corporation, a Florida
      corporation, its manager

By: _____
      Pedro F. Villar, President

<u>MEMBERS:</u>

**COUNTRY LAKE, LLC,**
a Florida limited liability company


By: _____
      Ramiro Pablo Ferreiroa, Manager

**HOTEL PROMOTIONS, LLC,**
a Florida limited liability company

By: _____
      Pedro F. Villar, Manager

**11 HOLDINGS, LLC,**
a Florida limited liability company

By: _____
      Maria J. Villar, Manager

**BRICKELL HOTEL PROPERTIES, LLC,**
a Florida limited liability company


By: _____
      Antonio Herrera, Manager

**MONTMARTRE, LLC,**
a Florida limited liability company


By: _____
      Antonio Herrera, Manager

**BRICKELL AMERICAN HOSPITALITY,**
**LLC,** a Florida limited liability company


By: _____
      Nathalie Rodriguez, Manager

**IN WITNESS WHEREOF**, the undersigned have executed this written consent to be effective as of the first date written above.

COMPANY:

MARY BRICKELL VILLAGE HOTEL, LLC, a
Florida limited liability company

By:  ARVI Management Corporation, a Florida
     corporation, its manager

By: _____
          Pedro F. Villar, President

MEMBERS:

COUNTRY LAKE, LLC,
a Florida limited liability company

By: _____
          Ramiro Pablo Ferreiroa, Manager

HOTEL PROMOTIONS, LLC,
a Florida limited liability company

By: _____
          Pedro F. Villar, Manager

11 HOLDINGS, LLC,
a Florida limited liability company

By: _____
          Maria J. Villar, Manager

BRICKELL HOTEL PROPERTIES, LLC,
a Florida limited liability company

By: _____
          Antonio Herrera, Manager

MONTMARTRE, LLC,
a Florida limited liability company

By: _____
          Antonio Herrera, Manager

BRICKELL AMERICAN HOSPITALITY,
LLC, a Florida limited liability company

By: _____
          Nathalie Rodriguez, Manager

**IN WITNESS WHEREOF,** the undersigned have executed this written consent to be effective as of the first date written above.

COMPANY:

MARY BRICKELL VILLAGE HOTEL, LLC. a
Florida limited liability company

By:   ARVI Management Corporation. a Florida
    corporation. its manager

By:_____
       Pedro F. Villar. President

MEMBERS:

COUNTRY LAKE, LLC.
a Florida limited liability company

By _____
    Ramiro Pablo Ferreiroa. Manager

HOTEL PROMOTIONS, LLC.
a Florida limited liability company

By: _____
     Pedro F. Villar. Manager

H HOLDINGS, LLC.
a Florida limited liability company

By: _____
     Maria J. Villar. Manager

BRICKELL HOTEL PROPERTIES, LLC.
a Florida limited liability company

By _____
     Antonio Herrera. Manager

MONTMARTRE, LLC.
a Florida limited liability company

By: _____
     Antonio Herrera. Manager

BRICKELL AMERICAN HOSPITALITY,
LLC. a Florida limited liability company

By. _____
     Nathalie Rodriguez. Manager

DocuSign Envelope ID: 29300CD3-1BE6-4420-BFD6-958124C4A606

**IN WITNESS WHEREOF,** the undersigned have executed this written consent to be effective as of the first date written above.

<u>**COMPANY:**</u>

**MARY BRICKELL VILLAGE HOTEL, LLC,** a
Florida limited liability company

By:   ARVI Management Corporation, a Florida
corporation, its manager

By:_____
        Pedro F. Villar, President

<u>**MEMBERS:**</u>

**COUNTRY LAKE, LLC,**
a Florida limited liability company

By:_____
        Ramiro Pablo Ferreiroa, Manager

**HOTEL PROMOTIONS, LLC,**
a Florida limited liability company

By:_____
        Pedro F. Villar, Manager

**11 HOLDINGS, LLC,**
a Florida limited liability company

By:_____
        Maria J. Villar, Manager

**BRICKELL HOTEL PROPERTIES, LLC,**
a Florida limited liability company

By:_____
        Antonio Herrera, Manager

**MONTMARTRE, LLC,**
a Florida limited liability company

By:_____
        Antonio Herrera, Manager

**BRICKELL AMERICAN HOSPITALITY,**
**LLC,** a Florida limited liability company

By: _____    7/21/2021
        Nathalie Rodriguez, Manager

**MEMBER AND MANAGER:**

**ARVI MANAGEMENT CORPORATION,**
a Florida corporation

By:_____
        Pedro F. Villar, President


**INDEPENDENT MANAGER:**


_____
Jessica L.M. Woodward
Independent Manager

**MEMBER AND MANAGER:**

**ARVI MANAGEMENT CORPORATION**,
a Florida corporation

By:_____
     Pedro F. Villar, President

**INDEPENDENT MANAGER:**

Jessica L.M. Woodward
Independent Manager

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |  |
|---|---|---|
| _____ | **)** | |
| In re: | **)** | |
| | **)** | Chapter 11 |
| Mary Brickell Village Hotel, LLC, | **)** | |
| | **)** | Case No. 21-_____ |
| | **)** | |
| Debtor.[1] | **)** | |
| _____ | **)** | |

**VERIFICATION OF CREDITOR MATRIX**

I, Pedro F. Villar on behalf of Mary Brickell Village Hotel, LLC, the named debtor and debtor in possession in the above-captioned chapter 11 case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated:  July 21, 2021
Miami, Florida

Respectfully submitted,

By:  */s/ Pedro F. Villar*
Pedro F. Villar

---

[1] The last four digits of the Debtor's tax identification number are 7701.  The Debtor's principal address is 1001 SW 2nd Ave., Miami, FL 33130.

1st SOS Staffing, Inc
1040 Bayview Dr Ste # 603
Ft. Lauderdale, FL 33304


Amin Lakhani
9700 South Dixie Highway, PH 1100
Miami, Florida 33156


AT&T
PO Box 105262
Atlanta, GA 30348


Cintas Corporation
PO Box 631025
Cincinnati, OH    45263-1025


Comcast
PO Box 37601
Philadelphia, PA 19101-0601


De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602


DF VII REIT Holdings, LLC
C/O Carlton Fields, P.A.
Attn: Merrick L. Gross
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118


Engineering Systems Technology, Inc
2400 West 84th Street #9
Hialeah, FL 333016


Florida Department of Revenue
5050 West Tennessee St.
Tallahassee, FL 32399

```
FPL Energy Services
PO Box 25426
Miami, FL 33102-5426


HD Supply Facilities Maintenance LTD
PO Box 509058
San Diego, CA 92150-9058


Hotelier Linen Services
PO Box 27316 Dept  N287
Salt Lake City, UT 84127-0316


Insight Direct USA
C/O Morgan Chase
PO Box 731069
Dallas, TX 75373-1069


IPFS Corporation
P.O. BOX 412086
Kansas City, MO 64141-2086


Miami-Dade Tax Collector
200 NW 2nd Ave
Miami, FL 33128


Otis
PO Box 73579
Chicago, IL 60673-7579


Pepsi Beverage Co
PO Box 75948
Chicago, IL 60675


Royal Cup, Inc
PO Box 841000
Dallas, TX 75284-1000
```

Santiano Brothers Inc
59565 TG Lee Blvd Suite 260
Orlando, FL 32822


ScentAir Technologies, Inc
PO Box 978754
Dallas, TX 75397-8754


Sonny Innocent
1 NE 2nd Avenue Suite 200
Miami, Florida 33132


The Sheraton LLC
13682 Collections Center Drive
Chicago, Il 60693


US Foods, Inc
PO Box 281838
Atlanta, GA 30384-1838


VIP Security Florid
2500 NW 79 Ave Suite #173
Doral, FL 33122


Waste Management of Dade County
PO Box 105453
Atlanta, GA 30348