UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

                                             Case No.  21-17103-RAM

MARY BRICKELL VILLAGE HOTEL, LLC.          Chapter 11

        Debtor.

_____/

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER FORMS

Please take notice that David L. Gay hereby enters his appearance in the above-captioned bankruptcy case as counsel for Creditor, DF VII Reit Holdings, LLC. ("Creditor") and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010 and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served on:

David L. Gay
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Telephone:  305-530-0050
Facsimile:   305-530-0055
E-mail:  dgay@carltonfields.com
cguzman@carltonfields.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statement of affairs, operating reports, schedules of assets and liabilities, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or

126583407.1

seeks to affect in any way any right or interest of any creditor or party in interest in the case, with respect to the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 23, 2021

Respectfully submitted,

By: */s/ David L. Gay*
David L. Gay
Florida Bar No. 839221
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055
Email: dgay@carltonfields.com

*Attorneys for Creditor, DF VII Reit Holdings, LLC.*

126583407.1

## **CERTIFICATE OF SERVICE**

I Hereby Certify that a true and correct copy of the foregoing was served on this 23rd day

of July, 2021 via the Court's CM/ECF system thereby serving the following:

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com

By: */s/ David L. Gay*
David L. Gay

126583407.1