UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: )
)
) Chapter 11
Mary Brickell Village Hotel, LLC, )
) Case No. 21-17103 (RAM)
)
Debtor.[1] )
)

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Mary Brickell Village Hotel, LLC, files this Chapter 11 Case Management Summary and states:

1. Date of the Order for Relief (the "Petition Date"): July 21, 2021

2. Names, case numbers, and dates of filing of related debtors: N/A

3. Description of the Debtor's business: The Debtor is the owner of Aloft Miami Brickell, a Marriott International hotel brand.

4. Location of the Debtor's operations and whether the business premises are leased or owned: The Debtor's principal address is 1001 SW 2nd Avenue, Miami, FL 33130. The Debtor owns the premises.

5. Reasons for filing chapter 11: After fallout from COVID-19, dealings with a lender that culminated into protracted mortgage foreclosure litigation, and other disputes and litigations, the Debtor ultimately turned to chapter 11 to continue operating in the ordinary course, preserve the going-concern value of its business, dozens of full-time jobs, and to implement a reorganization, through which the Debtor intends to exercise its rights to cure any alleged defaults related to the mortgage, subject to its legal and equitable arguments for reductions in respect thereof.

6. List of officers and directors and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   - Pedro Villar, on behalf of Manager, ARVI Management Corporation
   - Jessica L.M. Woodward, Independent Manager

---

[1] The last four digits of the Debtor's tax identification number are 7701. The Debtor's principal address is 1001 SW 2nd Ave., Miami, FL 33130.

7. The Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    a. 2021 Gross Income to Date: Approximately $3 million through June 30, 2021

    b. 2020 Gross Income: Approximately $3.9 million

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors: $289,015.20

    b. Amount of secured claims and description and estimated value of collateral: The Debtor's sole secured creditor is DF VII REIT Holdings, LLC, its mortgage lender. The amount of the claim is disputed, but the Debtor estimates the claim amount is approximately $17,844,560.00 and the value of the collateral that supports the claim is greater than $32,742,182.00.

    c. Amount of unsecured claims: The Debtor estimates the total amount of nonpriority unsecured claims is $268,803.09. The total amount of unsecured claims (priority and nonpriority) is estimated to be $557,818.29.

9. General description and approximate value of the Debtor's assets: The Debtor's principal asset is real property in the form of the hotel itself, along with personal property situated thereon and related thereto. The Debtor estimates the value of its assets to be at least $33 million.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: The Debtor maintains a single, umbrella insurance policy. The Debtor is current on its premiums and the policy does not expire until January 31, 2022. The next insurance payment is estimated to be in the amount of $10,779.90 and will come due within twenty-one (21) days after the Petition Date.

11. Number of employees and amounts of wages owed as of petition date: approximately 28.

12. Status of the Debtor's payroll and sales tax obligations: The Debtor has incurred $26,565.54 in prepetition sales taxes, as described in greater detail in the Taxes Motion (as defined herein). The Debtor pays payroll taxes in the ordinary course and expects that it has minimal prepetition payroll tax liability. A more detailed description of the Debtor's payroll system is present in the Wages Motion (as defined herein).

13. Anticipated emergency relief to be requested within fourteen (14) days from the Petition Date:

    a. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Deeming Its Secured Lender Adequately Protection Pursuant to 11 U.S.C. §§ 361 and 363, and (III) Scheduling a Final Hearing* [Docket No. 3] (the "Cash Collateral Motion");

    b. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Operate Its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Authorizing, but Not*

  *Directing the Debtor to (A) Maintain Existing Customer Programs and (B) Honor Prepetition Customer Obligations, and (III) Granting Related Relief* [Docket No. 4] (the "<u>Cash Management Motion</u>");

c. *Amended Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, and Other Compensation, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief* [Docket No. 6] (the "<u>Wages Motion</u>");

d. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 7] (the "<u>Taxes Motion</u>");

e. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing the Debtor to (A) Continue Honoring Its Obligations Under Insurance Policies Entered into Prepetition and Satisfy Prepetition Obligations Thereto and (B) Renew, Supplement, Modify, or Purchase Coverage, and (II) Granting Related Relief* [Docket No. 8] (the "<u>Insurance Motion</u>"); and

f. *Debtor's Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [Docket No. 9] (the "<u>Utilities Motion</u>").

       [*Signature Page to Follow*]

Dated: July 23, 2021
Miami, Florida

Respectfully submitted,

**MARY BRICKELL VILLAGE HOTEL, LLC**
*Debtor and Debtor-in-Possession*
1001 SW 2nd Avenue
Miami, Florida 33130

By:  */s/ Pedro F. Villar*
    Pedro F. Villar
    President of ARVI Management Corporation, its Manager

**PACK LAW**
*Proposed Counsel to the Debtor and Debtor-in-Possession*
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  */s/ Joseph A. Pack*
    Joseph A. Pack
    Email:  joe@packlaw.com
    Florida Bar No. 117882
    Jessey J. Krehl
    Email:  jessey@packlaw.com
    Florida Bar No. 1025848