**Miami Brickell Village Hotel, LLC**

| 13 Week Projected Cash Flow | Aug-21 WEEK 1 | Aug-21 WEEK 2 | Aug-21 WEEK 3 | Aug-21 WEEK 4 | Sep-21 WEEK 5 | Sep-21 WEEK 6 | Sep-21 WEEK 7 | Sep-21 WEEK 8 | Oct-21 WEEK 9 | Oct-21 WEEK 10 | Oct-21 WEEK 11 | Oct-21 WEEK 12 | Nov-21 WEEK 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rooms Available: | 1,240 | 1,240 | 1,240 | 1,240 | 1,200 | 1,200 | 1,200 | 1,200 | 1,240 | 1,240 | 1,240 | 1,240 | 1,200 |
| Rooms Occupied: | 834 | 834 | 834 | 834 | 816 | 816 | 816 | 816 | 881 | 881 | 881 | 881 | 876 |
| Occupancy: | 67.28% | 67.28% | 67.28% | 67.28% | 68.00% | 68.00% | 68.00% | 68.00% | 71.01% | 71.01% | 71.01% | 71.01% | 73.00% |
| ADR: | $149.03 | $149.03 | $149.03 | $149.03 | $152.65 | $152.65 | $152.65 | $152.65 | $151.98 | $151.98 | $151.98 | $151.98 | $160.00 |
| Rooms RevPAR: | $100.27 | $100.27 | $100.27 | $100.27 | $103.80 | $103.80 | $103.80 | $103.80 | $107.92 | $107.92 | $107.92 | $107.92 | $116.80 |
| Total RevPAR: | $107.60 | $107.60 | $107.60 | $107.60 | $110.96 | $110.96 | $110.96 | $110.96 | $116.48 | $116.48 | $116.48 | $116.48 | $125.78 |
| **Operating Revenue** | | | | | | | | | | | | | |
| Rooms | $124,332 | $124,332 | $124,332 | $124,332 | $124,563 | $124,563 | $124,563 | $124,563 | $133,821 | $133,821 | $133,821 | $133,821 | $140,160 |
| Food and Beverage | $2,587 | $2,587 | $2,587 | $2,587 | $2,465 | $2,465 | $2,465 | $2,465 | $4,015 | $4,015 | $4,015 | $4,015 | $4,205 |
| Other Operated Departments | $6,510 | $6,510 | $6,510 | $6,510 | $6,120 | $6,120 | $6,120 | $6,120 | $6,604 | $6,604 | $6,604 | $6,604 | $6,570 |
| Miscellaneous Income (Rent Rest) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Operating Revenue | 133,429 | 133,429 | 133,429 | 133,429 | 133,147 | 133,147 | 133,147 | 133,147 | 144,439 | 144,439 | 144,439 | 144,439 | 150,935 |
| **Departmental Expenses** | | | | | | | | | | | | | |
| Rooms | $22,380 | $27,380 | $22,380 | $27,380 | $22,421 | $27,421 | $22,421 | $27,421 | $24,088 | $24,088 | $24,088 | $24,088 | $25,229 |
| Food and Beverage | $2,178 | $2,178 | $2,178 | $2,178 | $2,068 | $2,068 | $2,068 | $2,068 | $3,613 | $3,613 | $3,613 | $3,613 | $3,784 |
| Other Operated Departments | $1,693 | $1,693 | $1,693 | $1,693 | $1,931 | $1,591 | $1,931 | $1,591 | $1,717 | $1,717 | $1,717 | $1,717 | $1,708 |
| Total Departmental Expenses | $26,250 | $31,250 | $26,250 | $31,250 | $26,421 | $31,081 | $26,421 | $31,081 | $29,418 | $29,418 | $29,418 | $29,418 | $30,721 |
| Total Departmental Profit | $107,178 | $102,178 | $107,178 | $102,178 | $106,727 | $102,067 | $106,727 | $102,067 | $115,021 | $115,021 | $115,021 | $115,021 | $120,213 |
| **Undistributed Operating Expenses** | | | | | | | | | | | | | |
| Administrative and General | $12,625 | $14,350 | $12,676 | $14,350 | $12,598 | $14,350 | $12,649 | $14,350 | $13,722 | $13,722 | $13,722 | $13,722 | $14,339 |
| Information and Telecom Systems | $2,669 | $3,375 | $3,082 | $3,375 | $2,663 | $3,375 | $3,076 | $3,375 | $2,889 | $2,889 | $2,889 | $2,889 | $3,019 |
| Sales and Marketing | $14,010 | $16,990 | $14,010 | $16,990 | $13,980 | $16,990 | $13,980 | $16,990 | $15,166 | $15,166 | $15,166 | $15,166 | $15,848 |
| Property Operation and Maint | $5,596 | $9,000 | $6,405 | $9,000 | $5,582 | $9,000 | $6,391 | $9,000 | $6,933 | $6,933 | $6,933 | $6,933 | $7,245 |
| Utilities | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,066 | $6,066 | $6,066 | $6,066 | $6,339 |
| Total Undistributed Expenses | $41,149 | $49,965 | $42,422 | $49,965 | $41,073 | $49,965 | $42,346 | $49,965 | $44,776 | $44,776 | $44,776 | $44,776 | $46,790 |
| Gross Operating Profit | $66,029 | $52,213 | $64,756 | $52,213 | $65,653 | $52,102 | $64,380 | $52,102 | $70,245 | $70,245 | $70,245 | $70,245 | $73,424 |
| **Non-Operating Inc and Exp** | | | | | | | | | | | | | |
| Insurance | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 | $2,809 |
| Other Taxes (Intangibles) | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 |
| Total Non-Operating Inc/Exp | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 | $3,434 |
| E.B.I.T.D.A | $62,596 | $48,780 | $61,323 | $48,780 | $62,220 | $48,668 | $60,947 | $48,668 | $66,812 | $66,812 | $66,812 | $66,812 | $69,990 |
| **Loan Service** | | | | | | | | | | | | | |
| Interest | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 | $17,786 |
| FF&E Reserve | $3,880 | $3,880 | $3,880 | $3,880 | $3,550 | $3,550 | $3,550 | $3,550 | $4,015 | $4,015 | $4,015 | $4,015 | $4,205 |
| Other Payment for Loan Services | $9,324 | $9,324 | $9,324 | $9,324 | $9,654 | $9,654 | $9,654 | $9,654 | $9,234 | $9,234 | $9,234 | $9,234 | $9,234 |
| Total Loan Services | $30,990 | $30,990 | $30,990 | $30,990 | $30,990 | $30,990 | $30,990 | $30,990 | $31,034 | $31,034 | $31,034 | $31,034 | $31,225 |
| Cash Flow/Income Before Income Taxes | $31,606 | $17,790 | $30,333 | $17,790 | $31,230 | $17,678 | $29,957 | $17,678 | $35,777 | $35,777 | $35,777 | $35,777 | $38,765 |
| Projected Cash Balance from Operations | | $49,395 | $79,728 | $97,517 | $128,747 | $146,425 | $176,382 | $194,060 | $229,837 | $265,614 | $301,391 | $337,169 | $375,934 |